Docket as : Confession of Judgment
Docket No.: 22 cr 0018-02 (NSR)
Dated: February 28, 2022

STATE OF MAINE
COUNTY OF CUMBERLAND
UNITED STATES OF AMERICA

Index No.

Plaintiff(s)

against

**SHAWN RAINS**

AFFIDAVIT OF
CONFESSION OF
JUDGMENT

Defendant(s)

STATE OF MAINE, COUNTY OF CUMBERLAND                ss.:

Shawn Rains being duly sworn, deposes and says; that deponent is a defendant herein.

The defendant hereby confesses judgment herein and authorizes entry thereof against defendant in the sum of $ 250,000

Defendant resides at 48 Rue Emile Zola, 33110 Le Bouscat, France in the County of _____ State of _____. Defendant authorizes entry of judgement in

Cumberland County, Maine. if said residence address is not in the State of Maine.

This confession of judgment is for a debt justly* to become _____ due to the plaintiff arising from the following facts:

If Shawn Rains, who is a defendant in the matter of UNITED STATES v. Shawn Rains, 22 Cr. 18, now pending in the United States District Court for the Southern District of New York, should be determined to have violated the terms and conditions of bail set for his release in the aforementioned matter in accordance with the law, $250,000 of the real properties , known as 64 Bay View Drive, Portland, ME  04103, shall serve as security for the satisfaction of the bail conditions.

This affidavit, if made in connection with an agreement for the purchase for $1,500.00 or less of any commodities for any use other than a commercial or business use upon any plan of deferred payments whereby the price or cost is payable in two or more installments, was executed subsequent to the time a default occurred in the payment of an installment thereunder.

Sworn to before me this
_____ day of February    2022

_____
The above signed must be printed beneath

**SHAWN RAINS**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/2022

STATE OF MAINE  
COUNTY OF CUMBERLAND

Index No.  
Address of Plaintiff:

UNITED STATES OF AMERICA           *Plaintiff(s)*

against

**SHAWN RAINS**                              *Defendant(s)*

*JUDGMENT BY CONFESSION*

| | |
|---|---|
| Amount Confessed | $250,000 |
| Interest | |
| | $250,000 |
| Costs by Statute | |
| Transcript | |
| Fees on Execution | |
| Satisfaction | |
| Filing Fee | |
| Total | $250,000 |

STATE OF MAINE, COUNTY OF CUMBERLAND        ATTORNEY'S AFFIRMATION

The undersigned, attorney at law of the State of New York, affirms that *s*he is the Assistant United States Attorney for the Southern District of New York, and the attorney(s) of record for the plaintiff       herein and states that the disbursements above specified are correct and true and have been or will necessarily be made or incurred herein and are reasonable in amount and affirms this statement to be true under the penalties of perjury.  
Dated: February 28, 2022

*Print Name Beneath Signature* **STEPHANIE SIMON, ESQ.**

JUDGMENT entered the       day of       2022  
On filing the foregoing affidavit of Confession of Judgment made by the defendant       herein, sworn to the       day of February       20 22  ,  
NOW, ON MOTION OF STEPHANIE SIMON, ESQ.  
attorney(s) for plaintiff       it is  
ADJUDGED that THE UNITED STATES OF AMERICA

plaintiff  ,

residing at 300 Quarropas Street, White Plains, NY 10601  
do recover of SHAWN RAINS

defendant  ,

residing at 48 Rue Emile Zola, 33110 Le Bouscat, France  
the sum of $250,000       with interest of $ 0       making a total of $250,000  
together with $ 0       costs and disbursements, amounting in all to the sum of $250,000  
and that the plaintiff       have execution therefor.

_____ Clerk

Index No.  
SHAWN RAINS  
COUNTY OF CUMBERLAND  
UNITED STATES OF AMERICA       *Plaintiff(s)*  
against  
SHAWN RAINS       *Defendant(s)*  
Affidavit and Judgment of Confession