```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES

v.

SHAWN RAINS,

                Defendant.

22 CR 18 (NSR)

SCHEDULING ORDER

NELSON S. ROMÁN, United States District Judge:

The Court has received and reviewed the parties' papers on Defendant's Letter Motion to Preclude Evidence (the "Motion"). (ECF No. 54.) It is hereby:

ORDERED that the above case is scheduled for an **In-Person Status Conference on June 1, 2023, at 3:30 pm,** to discuss the Motion.

Any interested party may listen via teleconference. To access the teleconference, please follow these directions: **(1) Dial the Meeting Number: (877) 336-1839; (2) Enter the Access Code: 1231334** #; **(3) Press pound** (#) **to enter the teleconference as a guest.**

Dated: May 30, 2023
         White Plains, New York

SO ORDERED.

_____
NELSON S. ROMÁN
United States District Judge