**MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

CONSENT TO PROCEED BY TELECONFERENCE

-against-

22-CR-18 (NSR) -02

SHAWN RAINS

Defendant(s).
-----------------------------------------------------------------X

Defendant Shawn Rains hereby voluntarily consents to participate in the following proceeding via teleconferencing:

Final Pretrial Conference

_____
Defendant's Signature by counsel with express consent and permission
(Judge may obtain verbal consent on Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

Shawn Rains
Print Defendant's Name

Kerry Lawrence
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

September 28, 2023
White Plains, NY
_____
Date

SO ORDERED:

_____
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**Clerk of Court is requested to terminate the motion at ECF No. 72.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023