UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | 22 CR 0018-02 (NSR) |
| JOSEPH MAHARAJ, | RESCHEDULING ORDER |
| Defendant. | |

NELSON S. ROMÁN, U.S.D.J.:

**Due to a Court scheduling conflict, the IN-PERSON Sentencing is rescheduled *nunc pro tunc* from March 27, 2024 until April 30, 2024 at 2:30 pm, without objection by the parties, in Courtroom 218.**

SO ORDERED.

Dated: April 19, 2024
White Plains, New York

_____
NELSON S. ROMÁN
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/19/2024